**SHOSHONE–BANNOCK TRIBES OF FORT HALL RESERVATION**, Taretta Morris Olsen, et al., Appellants, v. **UNITED STATES** of America, Appellee.

Henry **POOENGERAH**, Appellant, v. SAME.

Nos. 10871, 10872.

Circuit Court of Appeals, Ninth Circuit.

Sept. 20, 1944.

Geraint Humpherys, Dist. Counsel, U. S. Indian Irr. Service, of Los Angeles, Cal., for appellants.

John A. Carver, U. S. Atty., and E. H. Casterlin, Asst. U. S. Atty., both of Boise, Idaho, for appellee.

Before WILBUR, GARRECHT, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of the appellee in each of above causes for dismissal of the appeal in each cause, and of the consent of the appellants in the causes thereto, and good cause therefor appearing, it is ordered that the motion to dismiss each cause be and hereby is granted, that the appeal in each cause be dismissed, that a decree be filed in each cause and recorded in the minutes of this Court, and that the mandate of this court in each cause issue forthwith.